IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDUARDO FIGUEROA-NEGRON,
    Plaintiff,

vs.                                      Case No.: 5:16cv176/WTH/EMT

CAPTAIN FLOYD,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated November 14, 2016, Plaintiff was given thirty (30) days in which to file a second amended complaint (ECF No. 12). Plaintiff failed to file a second amended complaint by the deadline; therefore, on January 31, 2017, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 17).

    Additionally, upon notice from the clerk, it came to the court's attention that Plaintiff's mail has been returned from the latest address he provided to the court (*see* ECF Nos. 13, 14, 18). Notations from the postal service on the envelopes of the court orders, as well as the website for the Department of Corrections, indicate that Plaintiff

was released in October 2016 and provided either no forwarding address or an incorrect one (*see, e.g.*, docket entry at ECF No. 14).

The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a second amended complaint or provide the court with his forwarding address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of March 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:16cv176/WTH/EMT